IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
AUG 0 4 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

ANTONIO GARZA,

        Petitioner,

vs.

TOM CAREY,

        Respondent.

Case No. CV F-01-5534 JKS

**JUDGMENT**
**IN A § 2254 CASE**

___ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's application for post-conviction relief pursuant to 28 U.S.C. § 2254 is **DISMISSED**.

APPROVED:

/s/ James K. Singleton
**JAMES K. SINGLETON, JR.**
United States District Judge

August 3, 2005
Date

**JACK L. WAGNER**

Clerk

(By) Deputy Clerk

C:\WINDOWS\Temp\notes4BF954\F-01-5534.jmt.frm